JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON C. TAYLOR, | Case No. **CV 09-4602-JFW (PJWx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SHERIFF DEPUTY CHRIS GALASSI; SHERIFF DEPUTY T. WOODARD; COUNTY OF LOS ANGELES, | |
| Defendant. | |

The Court, having granted the Defendants' motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Don C. Taylor shall recover nothing from any of the named Defendants;

2. Defendants Sheriff Deputy Chris Galassi, Sheriff Deputy T. Woodard, and County of Los Angeles, erroneously sued and served as Los Angeles County Sheriff's Department

and Compton Station, shall have judgment in their favor on Plaintiff's entire action; and

    3.   Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: December 17, 2010     _____
                                  JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE